In the Matter of the Application of ROBERT H. WILSON, an Attorney.—

Report of the Honorable George C. Holt, referee, confirmed. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.